**August FORD, Bankrupt, etc., Appellant, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY.**

No. 10338.

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1935.

R. M. Sheppard, of St. Joseph, Mo., and Guy W. Runnion, of Kansas City, Mo., for appellant.

R. E. Culver, Ben Phillip, Basil L. Kaufmann, and Francis Smith, all of St. Joseph, Mo., for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellant, on petition of appellant.